**Opinion issued July 7, 2016**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-16-00318-CV

———————————

**DOWNSTREAM ENVIRONMENTAL, L.L.C., Appellant**

**V.**

**BFI WASTE SERVICES OF TEXAS, LP D/B/A REPUBLIC SERVICES OF HOUSTON, Appellee**

---

**On Appeal from the 281st District Court**
**Harris County, Texas**
**Trial Court Case No. 2012-48967**

---

## MEMORANDUM OPINION

Appellant, Downstream Environmental, L.L.C., representing that the case has settled, has filed an unopposed motion to dismiss the appeal. No other party has filed a notice of appeal, and no opinion has issued. *See* TEX. R. APP. P. 42.1(a)(1), (c).

Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1); 43.2(f). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Jennings and Lloyd.